UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CASE NO. 08-102-JJF |
| | ) |
| DWAYNE SKINNER, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

This **17TH** day of **JULY 2008**, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within ten (10) days, that is on or before **JULY 31ST, 2008**. Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned.

_[signature]_
**Honorable Leonard P. Stark**
**U.S. Magistrate Judge**


cc: Defense Counsel
    United States Attorney