IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 08-102 JJF |
| | : | |
| DWAYNE SKINNER, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

IT IS HEREBY ORDERED that a conference pursuant to
Federal Rule of Criminal Procedure 17.1 will be held on **Wednesday,
August 13, 2008 at 2:30 p.m.,** in Courtroom No. 4B on the 4th
Floor, Boggs Federal Building, Wilmington, Delaware.  Because this
conference is intended for scheduling only, the appearance of
Defendant is not required by the Court.

July 25, 2008
DATE

UNITED STATES DISTRICT JUDGE